# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

                Plaintiff,

v.

JASON A. WNUK and ADHAM B.
BLANDIN a/k/a JAX TELLER,

                Defendants.

Case No. 25-CR-8-JPS

**ORDER**

In this ongoing criminal case, Defendants Jason A. Wnuk and Adham B. Blandin a/k/a Jax Teller ("Defendants") were appointed counsel pursuant to the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. ECF Nos. 12, 57.

CJA protocol permits the Court to delegate approval for expense vouchers submitted by counsel in this matter who were appointed pursuant to the CJA to a magistrate judge if the Court does so in writing. The Court hereby delegates to Magistrate Judge Stephen C. Dries the authority to review and approve the Defendant's attorneys' CJA expense vouchers. Further, in any instance where the approved amount exceeds the statutory cap, this Court delegates to Magistrate Judge Dries, in consultation with the Seventh Circuit Case Budgeting Attorney and the Local Standing Committee, the authority to recommend to the Chief Circuit Judge approval of any such voucher submission.

The review and approval process shall be completed in accordance with all applicable statutory and regulatory provisions found in the Guide

to Judiciary Policy, Vol. 7 Defender Service, Part A Guidelines for Administering the CJA and Related Statutes, Chapter 3: Authorization and Payment for Investigative, Expert, or Other Services.

Accordingly,

**IT IS ORDERED** that, in accordance with all statutory and regulatory provisions, the Court herewith **DELEGATES** to Magistrate Judge Stephen C. Dries, the authority to review and either approve or disapprove any vouchers submitted by CJA-appointed counsel in the above-captioned case.

Dated at Milwaukee, Wisconsin, this 28th day of May, 2025.

BY THE COURT:

J.P. Stadtmueller
U.S. District Judge