UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.    Case No. 25-CR-08

ADHAM B. BLANDIN, a.k.a. "JAX TELLER",

[18 U.S.C § 2(a); & 21 U.S.C. §§ 841(a)(1), 841(b)(1)(E), & 846]

Defendant.

## INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

Beginning in at least January 2021 and continuing until in or about April 2022, in the State and Eastern District of Wisconsin and elsewhere,

**ADHAM B. BLANDIN, a.k.a. "JAX TELLER",**

knowingly and intentionally conspired with others, known and unknown to possess with the intent to distribute and to distribute a mixture and substance containing ketamine, a Schedule III controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(E), and Title 18, United States Code, Section 2(a).

11/21/2025
Date

for Margaret B. H.
BRAD D. SCHIMEL
United States Attorney