UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

Plaintiff,

v.

Case No. 25-CR-008

LI XING, et al.,

Defendants.

**ORDER GRANTING UNITED STATES' MOTION TO DISMISS PROPERTY FROM FORFEITURE NOTICE OF THE INDICTMENT**

Based on the United States' motion to dismiss property from the forfeiture notice of the Indictment in this matter, the Court hereby GRANTS the motion and orders that the following properties be, and hereby are, DISMISSED without prejudice from the forfeiture notice of the Indictment filed on January 22, 2025:

a. approximately $9,600 recovered from XX57 North 106th Street, Milwaukee, Wisconsin, 53225, on February 21, 2022;

b. a Glock 45 9mm, bearing serial number BNWA275, recovered from XX57 North 106th Street, Milwaukee, Wisconsin, 53225, on February 21, 2022;

c. a Glock 17M 9mm, bearing serial number BENS974, with a Glock switch, recovered from XX57 North 106th Street, Milwaukee, Wisconsin, 53225, on February 21, 2022;

d. a Bersa Thunder 380, bearing serial number G48024, recovered from XX57 North 106th Street, Milwaukee, Wisconsin, 53225, on February 21, 2022;

e. a Glock 17 9mm, bearing serial number AUC207, recovered from XX57 North 106th Street, Milwaukee, Wisconsin, 53225, on February 21, 2022; and

f. a blue/black Model 17C Glock 9mm, bearing serial number EDL252, with a Glock auto-sear switch and an empty extended magazine, recovered from XX05 South 3rd Street, Milwaukee, Wisconsin, 53207, on March 10, 2022.

Dated at Milwaukee, Wisconsin, this ___ day of December, 2025.

________________________________________

HONORABLE J.P. STADTMUELLER
United States District Judge